In the Matter of MARY I. DANIMAN et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Appeal in an article 78 proceeding by eight petitioners (teachers in elementary, junior high, and high schools of the city of New York) from an order denying their application to annul a resolution, dated October 2, 1952, of respondent board of education terminating the employment of six of the petitioners, and a similar resolution, dated October 23, 1952, terminating the employment of the remaining two petitioners, all pursuant to section 903 of the New York City Charter. Order affirmed, without costs. See *Matter of Shlakman* v. *Board of Higher Educ. of City of N. Y.* (282 App. Div. 718), decided herewith. Adel, Schmidt and Beldock, JJ., concur; Nolan, P. J., and Wenzel, J., dissent and vote to reverse the order and to grant the application for the reasons set forth in their dissenting memorandum in *Matter of Shlakman* v. *Board of Higher Educ. of City of N. Y.* (282 App. Div. 718). [202 Misc. 915.]

■

In the Matter of GEORGE PRECHT, an Infant, Appellant. JOHN A. RAPP, on Behalf of JUNE M. RAPP, an Infant, Respondent.— In a proceeding instituted in the Domestic Relations Court of the City of New York, Children's Court Division, County of Queens, judgment adjudicating appellant to be a delinquent unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ. [See *post,* p. 841.]

■

In the Matter of the Accounting of BANKERS TRUST COMPANY, as Successor Trustee under the Will of CLARENCE W. SEAMANS, Deceased, Appellant. PAYSON W. LOOMIS et al., Appellants; CHARLES POKORNY, as Special Guardian for ANDREA C. LOOMIS and Others, Infants, Respondent.— In an accounting proceeding, decree of the Surrogate's Court, Kings County, insofar as appealed from, modified on the facts by reducing the allowance to the special guardian from the sum of $4,000 to $1,500. As so modified the decree is unanimously affirmed, without costs. An allowance of $1,500 to the special guardian, under all the circumstances, is ample compensation. Present — Carswell, Acting P. J., Wenzel, MacCrate and Schmidt, JJ.; Beldock, J., not voting.